**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GUANGZHOU CAIZHI E-COMMERCE CO., LTD.,

*Plaintiff,*

v.

FRAMAR INTERNATIONAL, INC., a Canadian company; THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

*Defendants.*

Case No. 22-cv-02677

**EX. 1 – INFRINGEMENT CHART**

This chart demonstrates how the identified accused products infringe on the '473 Design Patent by comparing pictures of the accused products to the figures from that patent.

| Figures from the '473 Design Patent | Photos of Infringing Products |
|---|---|
| FIG. 1 | Framar, Product A:<br><br>Framar, Product B:<br><br>Doe #1: |

| | |
|---|---|
| | <br><br>Doe #2:<br><br><br>Doe #3:<br> |


FIG. 2
Framar, Product A:
Framar, Product B:
Doe #1:



| | Doe #2:<br><br>Doe #3: |
|---|---|


FIG. 3
Framar, Product A:
Framar, Product B:
Doe #1:
Doe #2:



| | |
|---|---|
| | Doe #3: |
| FIG. 4 | Framar, Product A:<br>Framar, Product B: |

| | |
|---|---|
| | <br><br>Doe #1:<br><br><br>Doe #2:<br> |


Doe #3:
FIG. 5
Framar, Product A:
Framar, Product B:



Doe #1:

Doe #2:

Doe #3:



FIG. 6

Framar, Product A:

Framar, Product B:

| | |
|---|---|
| | Doe #1:  Doe #2: Doe #3: |




| | |
|---|---|
| | |
| FIG. 7 | Framar, Product A:<br>Framar, Product B:<br>Doe #1: |

| | |
|---|---|
| | <br><br>Doe #2:<br><br><br>Doe #3:<br> |


FIG. 8
Framar, Product A:
Framar, Product B:
Doe #1:
Doe #2:



Doe #3:

FIG. 9

Framar, Product A:

| | |
|---|---|
| |  Framar, Product B: <br><br>Doe #1: <br><br>Doe #2: |

| | <br><br>Doe #3:<br> |
|---|---|