# Exhibit 2

(12) **United States Design Patent** (10) Patent No.: **US D918,473 S**
Xiao (45) Date of Patent: ∗∗ **May 4, 2021**

(54) **HAIR CLIP**

(71) Applicant: **Zikang Xiao**, Guangdong (CN)

(72) Inventor: **Zikang Xiao**, Guangdong (CN)

(∗∗) Term: **15 Years**

(21) Appl. No.: **29/748,662**

(22) Filed: **Aug. 31, 2020**

(51) **LOC (13) Cl.** ............................................. **28-03**
(52) **U.S. Cl.**
 USPC ........................................................ **D28/40**
(58) **Field of Classification Search**
 USPC ...................................... D28/39, 40, 42, 43
 CPC . A45D 8/00; A45D 8/002; A45D 8/14; A45D 8/16; A45D 8/18; A45D 8/20; A45D 8/22; A45D 8/24; A45D 8/30
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,873,377 A * | 2/1999 | Yang | | A45D 8/20 132/277 |
| 6,035,863 A * | 3/2000 | Mao | | A45D 8/20 132/273 |
| 9,232,841 B1 * | 1/2016 | Hsu | | A45D 8/20 |
| D794,870 S | 8/2017 | Hsu | | |
| D869,766 S | 12/2019 | Gu | | |
| 2006/0225763 A1 * | 10/2006 | Lau | | A45D 8/20 132/277 |
| 2007/0131237 A1 * | 6/2007 | Tu | | A45D 8/20 132/277 |
| 2008/0149128 A1 * | 6/2008 | Yang | | A45D 8/20 132/275 |
| 2008/0149129 A1 * | 6/2008 | Yang | | A45D 8/20 132/277 |
| 2009/0223533 A1 * | 9/2009 | Daley | | A45D 2/42 132/211 |
| 2009/0255552 A1 * | 10/2009 | Hsu | | A45D 8/20 132/277 |
| 2009/0272397 A1 * | 11/2009 | Defenbaugh | | A45D 8/20 132/277 |
| 2009/0272398 A1 * | 11/2009 | Chudzik | | A45D 8/20 132/277 |
| 2009/0277469 A1 * | 11/2009 | Hsu | | A45D 8/20 132/277 |
| 2011/0297178 A1 * | 12/2011 | Hsu | | A45D 8/20 132/277 |
| 2017/0181518 A1 * | 6/2017 | Hsu | | B29C 45/0055 |

* cited by examiner

*Primary Examiner* — Zenia I Bennett
(74) *Attorney, Agent, or Firm* — ScienBiziP, P.C.

(57) **CLAIM**

The ornamental design for a hair clip, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a hair clip, showing my design.
FIG. 2 is a rear perspective view thereof.
FIG. 3 is a front elevation view thereof.
FIG. 4 is a rear elevation view thereof.
FIG. 5 is a left side elevation view thereof.
FIG. 6 is a right side elevation view thereof.
FIG. 7 is a top plan view thereof.
FIG. 8 is a bottom plan view thereof; and,
FIG. 9 is a perspective view of the hair clip opened.

**1 Claim, 9 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Case: 1:22-cv-02677 Document #: 1-2 Filed: 05/20/22 Page 8 of 11 PageID #:38



FIG. 6



FIG. 7



FIG. 8



FIG. 9